**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON GROSSINGER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2353** |
| | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF TRANSPORTATION, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 4th day of August, 2026, in consideration of *pro se* Plaintiff Brandon Grossinger's Motion to Alter or Amend Judgment and Accept Attached Proposed First Amended Complaint (ECF No. 13) and "Notice of Impediment to Access to Courts and Motion for Emergency Relief" (ECF No. 15), it is **ORDERED** that:

1. The Motion is **DENIED** because the Court has already granted this relief.

2. The Clerk of Court is **DIRECTED** to file Grossinger's Amended Complaint (ECF No. 13 at pages 7-15) as a separate docket entry.

3. The case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

4. The "Notice of Impediment to Access to Courts and Motion for Emergency Relief" is **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Wendy Beetlestone**
**WENDY BEETLESTONE, C. J.**